## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

**CHRISTOPHER D. MILLS,**

   **Plaintiff,**

**v.**                                        Case No: **5:22-cv-69-WFJ-PRL**

**SARAH REED,**

   **Defendant.**

_____

### ORDER DISMISSING CASE

This cause is before the Court upon *sua sponte* review. The Court issued an Order to Show Cause (Doc. 25) requiring Plaintiff to respond on or before February 14, 2023. Petitioner failed to respond.

ACCORDINGLY, it is hereby **ORDERED**:

1. This case is **DISMISSED** without prejudice.

2. The **Clerk of Court** is directed to enter judgment accordingly, terminate any pending motions, and close this file.

**DONE AND ORDERED** in Tampa, Florida on May 26, 2023.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

Copies to: Pro Se Plaintiff, Counsel of Record